FILED

2004 FEB -9 P 4: 11

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WESLEYAN UNIVERSITY, | CIVIL ACTION NO.: |
| Plaintiff, | 3:03 CV 0727 (CFD) |
| V. | |
| RSA VENTURE LLC, | |
| Defendant. | FEBRUARY 9, 2004 |

GRANTED. It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 2/18/04

## MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Wesleyan University ("Wesleyan"), respectfully moves this Court for an extension of time of fourteen (14) days in which to submit a joint status report, up to an including February 23, 2004.

As good cause for the requested extension of time, Wesleyan respectfully submits that, since the commencement of this action, its counsel has been engaged in ongoing settlement negotiations with Richard A. Altman, Esq., counsel for the defendant, RSA Venture LLC ("RSA"). Upon receipt of the Court's Order Re Status, dated January 21, 2004, a copy was immediately forwarded to Mr. Altman. On Friday afternoon, February 6, 2004, however, Mr. Altman informed counsel for Wesleyan that he was no longer representing RSA. Accordingly, additional time is required in order

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

that Wesleyan may identify and contact RSA's current counsel for purposes of conferring and submitting a joint status report as required by the Order Re Status.

This is Wesleyan's first motion for extension of time regarding this matter.

WHEREFORE, the plaintiff, Wesleyan University, respectfully requests that the Court grant its Motion for Extension of Time to File Joint Status Report, dated February 9, 2004.

Dated:  February 9, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,
THE PLAINTIFF
WESLEYAN UNIVERSITY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

513368

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105