UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE, LLC | : | |
| Defendants. | : | FEBRUARY 23, 2004 |

## JOINT STATUS REPORT

Pursuant to the Order of the United States District Court for the District of Connecticut, dated January 21, 2004, the Plaintiff, Wesleyan University ("Wesleyan"), and the Defendant, RSA Venture, LLC ("RSA"), submit the following Joint Status Report, dated February 23, 2004. During the pendency of this matter, the parties have continually engaged in good faith settlement discussions in an effort to resolve the above-captioned matter. The parties believe that the matter will be settled and anticipate filing a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41 within the next thirty (30) days. However, to the extent that the settlement is not finalized as of this date, Wesleyan and RSA reserve their respective rights in connection with this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

A.  **Nature of the Case**

   1.  **Description of case, parties, relief requested and relationship this case may have to other pending actions**

This case involves a dispute over access to a collection of television programs which were aired from 1952 to 1961 and were called Omnibus (the "Collection"). The Collection was gifted to Wesleyan in 1974 by RSA's predecessor, Robert Saudek Associates, Inc. The terms of the gift were set forth in a letter agreement, dated December 3, 1974. The letter agreement provided that RSA's predecessor was to retain the copyrights to the Collection, and Wesleyan was to maintain the collection for educational and scholarly purposes.

Over the course of the last five (5) years, a dispute arose between the parties regarding RSA's access to the Collection for purposes of reproducing parts of it, as well as other disputes regarding respective contract rights. Wesleyan's Complaint contains a request for declaratory judgment that Wesleyan is not interfering with any of RSA's copyrights, declaratory judgment regarding contract rights, and for negligent misrepresentation and negligent omission. RSA intends to deny liability with respect to each of Wesleyan's causes of action, and counterclaim against Wesleyan.

This action is related to an action pending in the United States District Court for the Southern District of New York entitled <u>David Thomas v. Wesleyan University and RSA Venture LLC</u>, bearing case number 04 CV 00968, and commenced on February 5,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2004. It is anticipated that the settlement contemplated by the parties will include the resolution of this lawsuit as well.

    2. **Pending Motions:**

    None.

    3. **Will this matter be tried to a jury or to the court? If tried partially to each, explain.**

    Jury Trial.

**B.**   **Discovery**

    1. **Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?**

    Discovery is not completed. The parties request until August 23, 2004, to complete discovery if the matter is not settled, as set forth above.

**C.**   **Settlement**

As noted above, the parties have been engaged in good faith settlement negotiations since the commencement of this action. As of the date of the filing of this Joint Status Report, the parties believe that the matter will settle, and that this action will be discontinued within the next thirty (30) days.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

**D.   Trial Preparation**

1.   <u>**When will the case be ready for trial?**</u>

   September 2004.

2.   <u>**What additional preparation, other than that previously discussed, is required?**</u>

   None.

3.   <u>**Are there additional pleadings to be filed? If so, state their nature.**</u>

   Answer and Counterclaims.

4.   <u>**Has a joint trial memorandum been filed? If not, when is it due?**</u>

   No. There is no due date for a joint trial memorandum as of this date.

Dated:  February 23, 2004
        Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
WESLEYAN UNIVERSITY

By: _____
Thomas J. Finn
Federal Bar No.: ct 20929
Paula Cruz Cedillo
Federal Bar No.: ct 23485
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated: February 23, 2004
      Montpelier, Vermont

THE DEFENDANT
RSA VENTURE, LLC

By: _____
Richard H. Saudek
Cheney, Brock & Saudek, P.C.
P.O. Box 489
Montpelier, Vermont 05601-0489
(802) 223-4000

513074

- 5 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

23-Feb-04 04:29P