LAW OFFICES

# CHENEY, BROCK & SAUDEK, P.C.

159 State Street
P. O. Box 489
Montpelier, Vermont 05601-0489

TELEPHONE 802-223-4000 ~ TELEFAX 802-229-0370
www.cbs-law.com

KIMBERLY B. CHENEY
RICHARD LINTON BROCK
RICHARD H. SAUDEK
DAVID L. GRAYCK
NANCI A. SMITH

JAMES S. BROCK
1913 ~ 2000

February 23, 2004
BY FACSIMILE

The Honorable Christopher F. Droney
United States District Judge
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:    **Wesleyan University v. RSA Venture, LLC**
        **Docket No. 3:03CV727(CFD)**

Dear Judge Droney:

I am an attorney admitted and in good standing in the United States Court of Appeals for the Second Circuit, the United States District Court for the District of Vermont and the State of Vermont. I am in the active practice of law in Vermont and have also practiced law in New York, where I am on inactive status. I have asked counsel for the Plaintiff herein to file this letter with the Joint Status Report.

I have been serving as counsel to the Defendant herein and have been in active discussions with Thomas J. Finn, the Plaintiff's attorney, concerning the resolution of this case. Although I am not a member of the Connecticut bar, I anticipate that if this case proceeds further, a motion will be made to admit me *pro hac vice* as co-counsel for Defendant.

On behalf of the Defendant RSA Venture, LLC, I have reviewed and signed the Joint Status Report for submittal by Mr. Finn in response to the Court's Order Re Status of January 21, 2004. It is in all respects accurate and I join in it.

Very truly yours,

Richard H. Saudek

cc.:    Thomas J. Finn, Esquire