UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE, LLC | : | |
| Defendants. | : | APRIL 9, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Wesleyan University ("Wesleyan"), respectfully requests an extension of time of thirty (30) days in which to file a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, or otherwise advise the Court as to the status of the above-captioned litigation, up to an including May 10, 2004.

Wesleyan submits that there is good cause for granting an extension of time. During the pendency of this matter, Wesleyan and the defendant, RSA Venture, LLC ("RSA"), have continually engaged in good faith settlement discussions in an effort to resolve the above-captioned matter. On February 23, 2004, the parties filed a Joint Status Report in which they advised the Court that they anticipated filing a Stipulation of Dismissal pursuant to Federal Rule 41 within thirty (30) days of the Joint Status Report, but reserved their respective rights in connection with this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Although the parties have continued to engage in settlement negotiations and have reached a tentative resolution of this matter, they are still finalizing the specific terms thereof. Accordingly, Wesleyan requests the additional time to either file a Stipulation of Dismissal to allow the parties to finalize and execute the settlement agreement contemplated by the parties, or otherwise advise the Court as to the status of anticipated litigation at that time.

This is Wesleyan's first request for an extension with regard to this matter. Counsel for RSA has consented to the extension.

WHERFORE, the plaintiff, Wesleyan University, respectfully requests that the Court grant an extension of the time to file a Stipulation of Dismissal pursuant to Federal Rule 41 or otherwise advise the Court as to the status of the above-captioned litigation, up to an including May 10, 2004.

Dated: April 9, 2004
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
WESLEYAN UNIVERSITY


By:_____
   Thomas J. Finn
   Federal Bar No.: ct 20929
   Paula Cruz Cedillo
   Federal Bar No.: ct 23485
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, Connecticut 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

      This is to certify that on April 9, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Richard H. Saudek, Esq.
Cheney, Brock & Saudek, P.C.
P.O. Box 489
Montpelier, Vermont 05601-0489
Attorney for Defendant

                                                  _____
                                                  Thomas J. Finn

535757

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105