JAN -9 P 1: 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COURT
HARTFORD CT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE, LLC | : | |
| Defendants. | : | APRIL 9, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court

for the District of Connecticut, the plaintiff, Wesleyan University ("Wesleyan"),

respectfully requests an extension of time of thirty (30) days in which to file a Stipulation

of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, or otherwise

advise the Court as to the status of the above-captioned litigation, up to an including

May 10, 2004.

Wesleyan submits that there is good cause for granting an extension of time.

During the pendency of this matter, Wesleyan and the defendant, RSA Venture, LLC

("RSA"), have continually engaged in good faith settlement discussions in an effort to

resolve the above-captioned matter. On February 23, 2004, the parties filed a Joint

Status Report in which they advised the Court that they anticipated filing a Stipulation of

Dismissal pursuant to Federal Rule 41 within thirty (30) days of the Joint Status Report,

but reserved their respective rights in connection with this action.

Granted. So ordered.

4/14/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105