UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:03 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE LLC, | : | |
| Defendants. | : | MAY 10, 2004 |

## STATUS REPORT

On April 9, 2004, the plaintiff, Wesleyan University ("Wesleyan"), requested an extension of time to file a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, or otherwise advise the Court as to the status of the above-captioned matter. Accordingly, pursuant to the Court's endorsement order of April 14, 2004, granting the requested relief, Wesleyan respectfully submits the following status of the instant litigation.

Wesleyan submits that during the pendency of this matter, Wesleyan and the defendant, RSA Venture LLC ("RSA"), have continually engaged in good faith settlement discussions in an effort to resolve the above-captioned matter. On February 23, 2004, the parties filed a Joint Status Report in which they advised the Court that they anticipated filing a Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules, but reserved their respective rights in connection with this action.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Despite the parties' efforts to resolve this matter, they have been unable to do so at this time. The parties had reached an agreement in principle and, indeed, had negotiated and drafted a settlement agreement. However, the parties' resolution of this matter was frustrated, in part, by a related action pending in the United States District Court for the Southern District of New York entitled <u>David Thomas v. Wesleyan University and RSA Venture LLC</u>, bearing case number 04 Civ. 0968 (TPG), commenced on February 5, 2004. The parties had originally anticipated that the settlement of the instant action would include the resolution of that lawsuit as well. As it has not, however, Wesleyan anticipates seeking a transfer of the matter to this Court for resolution in conjunction with the pending action.

Accordingly, as the parties have been unable to reach settlement, Wesleyan submits that the litigation must proceed forward and respectfully requests that an answer to the Complaint be due within thirty (30) days of the filing of this Status Report. The parties will also proceed to conduct a parties' planning conference pursuant to Rule 26(f).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

| | |
|---|---|
| Dated:  May 10, 2004<br>　　　　Hartford, Connecticut | RESPECTFULLY SUBMITTED,<br><br>THE PLAINTIFF<br>WESLEYAN UNIVERSITY<br><br><br>By:_____<br>　Thomas J. Finn<br>　Federal Bar No.: ct 20929<br>　Paula Cruz Cedillo<br>　Federal Bar No.: ct 23485<br>　HALLORAN & SAGE LLP<br>　One Goodwin Square<br>　225 Asylum Street<br>　Hartford, Connecticut 06103<br>　(860) 522-6103 |

- 3 –

One Goodwin Square　　　　　HALLORAN　　　　　Phone (860) 522-6103
225 Asylum Street　　　　　　& SAGE LLP　　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　　Juris No. 26105

## **CERTIFICATION**

      This is to certify that on May 10, 2004, a copy of the foregoing was mailed, postage prepaid, to:

Richard H. Saudek, Esq.
Cheney, Brock & Saudek, P.C.
P.O. Box 489
Montpelier, Vermont 05601-0489
Attorney for Defendant

                                        _____
                                             Thomas J. Finn

547932



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105