UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WESLEYAN UNIVERSITY

V                                            CASE NO.: 3-03-cv-727 (CFD)

RSA VENTURE LLC

### ORDER

The parties have failed to comply with the order of October 28, 2004, requiring the filing of a Rule 26(f) Report on or before November 20, 2004. Accordingly, it is hereby ordered that the parties file the report on or before **January 24, 2005**, together with a memorandum showing why sanctions should not be imposed for failure to file the report earlier.

So ordered.

Dated at Hartford, Connecticut this 3rd day of January, 2005.

Christopher F. Droney
United States District Judge