UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| | : | |
| V. | : | |
| | : | |
| RSA VENTURE, LLC | : | |
| | : | |
| Defendants. | : | JANUARY 19, 2005 |

## <u>APPEARANCE</u>

TO: Clerk of this Court:

Enter my appearance as attorney for the plaintiff, WESLEYAN UNIVERSITY, in

the above-entitled case.

Dated: January 19, 2005                    RESPECTFULLY SUBMITTED,
        Hartford, Connecticut

                                          THE PLAINTIFF
                                          WESLEYAN UNIVERSITY


                                          By:_____/s/_____
                                            Joseph G. Fortner, Jr.
                                            Federal Bar No.: ct 04602
                                            HALLORAN & SAGE LLP
                                            One Goodwin Square
                                            225 Asylum Street
                                            Hartford, Connecticut 06103
                                            (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## <u>CERTIFICATION</u>

This is to certify that on January 19, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Richard H. Saudek, Esq.
Cheney, Brock & Saudek, P.C.
P.O. Box 489
Montpelier, Vermont 05601-0489
Attorney for Defendant

Thomas J. Finn, Esq.
McCarter & English
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

_/s/_____
Joseph G. Fortner, Jr.

640539_1.DOC

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105