UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE, LLC | : | |
| Defendants. | : | JANUARY 19, 2005 |

### NOTICE OF DISMISSAL

TAKE NOTICE that Wesleyan University, plaintiff, dismisses this action as against the defendant RSA Venture, LLC pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:  January 19, 2005
       Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
WESLEYAN UNIVERSITY

By:_____/s/_____
   Joseph G. Fortner, Jr.
   Federal Bar No.: ct 04602
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, Connecticut 06103
   (860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on January 19, 2005, a copy of the foregoing was mailed, postage prepaid, to:

Richard H. Saudek, Esq.
Cheney, Brock & Saudek, P.C.
P.O. Box 489
Montpelier, Vermont 05601-0489
Attorney for Defendant

Thomas J. Finn, Esq.
McCarter & English
CityPlace I
185 Asylum Street
36th Floor
Hartford, CT  06103-3495

                                                      /s/
                                          Joseph G. Fortner, Jr.

640671_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105