

FILED
2005 JAN 20 A 10: 55
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WESLEYAN UNIVERSITY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 303 CV 0727 (CFD) |
| V. | : | |
| RSA VENTURE, LLC | : | |
| Defendants. | : | JANUARY 19, 2005 |

## NOTICE OF DISMISSAL

TAKE NOTICE that Wesleyan University, plaintiff, dismisses this action as against the defendant RSA Venture, LLC pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 19, 2005
Hartford, Connecticut

RESPECTFULLY SUBMITTED,

THE PLAINTIFF
WESLEYAN UNIVERSITY

By: _____
Joseph G. Fortner, Jr.
Federal Bar No.: ct 04602
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
(860) 522-6103

FILED 2005 JAN 21 A 11: 50 U.S. DISTRICT COURT HARTFORD, CT.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105